UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                                          RE:    MARTIN, Samuel
                                                   Docket Number:   1:99CR05103-09
                                                   PERMISSION TO TRAVEL
                                                   OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Tecate, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On August 18, 2003,  Samuel Martin was sentenced for the offenses of Possession of Cocaine With the Intent to Distribute and Aiding and Abetting; and Conspiracy to Possess With the Intent to Distribute Cocaine, Heroin, and Methamphetamine.

**Sentence imposed:**  The releasee was sentenced to 24 months in Bureau of Prisons, 60 months term of supervised release, mandatory testing, and $200 special assessment. His special conditions include search and seizure, financial disclosure, drug testing, alcohol restriction, co-payment plan, and drug registration.

**Dates and Mode of Travel:** He will be traveling by personal vehicle and will be leaving January 28, 2008, returning January 31, 2008.

**Purpose:**  Visiting father who is ill.

RE:  MARTIN, Samuel
     Docket Number:  1:99CR05103-09
     **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully Submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian**
**United States Probation Officer**

DATED:   January 23, 2008
         Fresno, California
         MKD

REVIEWED BY:    /s/ Bruce A. Vasquez
                **Bruce A. Vasquez**
                **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved      X                         Disapproved _____

IT IS SO ORDERED.

**Dated:   January 23, 2008**              /s/ **Oliver W. Wanger**
                                       UNITED STATES DISTRICT JUDGE