**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

                RE:    MARTIN, Samuel
                        Docket Number:   1:99CR05103-09
                        **PERMISSION TO TRAVEL**
                        **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Tecate, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On August 18, 2003,  Samuel Martin was sentenced for the offenses of Possession of Cocaine With the Intent to Distribute and Aiding and Abetting; and Conspiracy to Possess With the Intent to Distribute Cocaine, Heroin, and Methamphetamine.

**Sentence imposed:**  The releasee was sentenced to 24 months in Bureau of Prisons, 60 months term of supervised release, mandatory testing, and $200 special assessment. His special conditions include search and seizure, financial disclosure, drug testing, alcohol restriction, co-payment plan, and drug registration.

**Dates and Mode of Travel:** He will be traveling by air and will be leaving March 14, 2008, returning March 17, 2008.

**Purpose:** The releasee's father suffered a heart attack and is hospitalized.

**RE:     MARTIN, Samuel**
**Docket Number:   1:99CR05103-09**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully Submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian**
**United States Probation Officer**


**DATED:**   March 11, 2008
Fresno, California
MKD


**REVIEWED BY:**     /s/ Bruce A. Vasquez
**Bruce A. Vasquez**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**


Approved _____X_____              Disapproved _____


IT IS SO ORDERED.

**Dated:   March 12, 2008**           /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE