UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
Senior United States District Judge
Fresno, California

>    RE:   MARTIN, Samuel
>          Docket Number:   1:99CR05103-09
>          **PERMISSION TO TRAVEL**
>          **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Tecate, Mexico.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On August 18, 2003,  Samuel Martin was sentenced for the offenses of Possession of Cocaine With the Intent to Distribute and Aiding and Abetting; and Conspiracy to Possess With the Intent to Distribute Cocaine, Heroin, and Methamphetamine.

**Sentence imposed:**  The releasee was sentenced to 24 months in Bureau of Prisons, 60 month term of supervised release, mandatory testing, and $200 special assessment. His special conditions include search and seizure, financial disclosure, drug testing, alcohol restriction, co-payment plan, and drug registration.

**Dates and Mode of Travel:** He will be traveling by personal vehicle and will be leaving June 27, 2008, returning June 30, 2008.

**Purpose:** To visit his father.

RE:     **MARTIN, Samuel**
        **Docket Number:   1:99CR05103-09**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**



Respectfully Submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian**
**United States Probation Officer**


**DATED:**    May 30, 2008
              Fresno, California
              MKD


**REVIEWED BY:**    /s/ Bruce A. Vasquez
                    **Bruce A. Vasquez**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**



Approved      X             Disapproved _____


IT IS SO ORDERED.

**Dated:   June 3, 2008**             /s/ Oliver W. Wanger
                                      UNITED STATES DISTRICT JUDGE